**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                    No. 4:12-CR-00297-BRW

**JODY MARK HALL**

**FINAL ORDER OF FORFEITURE**

Pending is the United States' Motion for Final Order of Forfeiture (Doc. No. 33). For the reasons set out below, the Motion is GRANTED.

In the Court's September 9, 2013 Preliminary Order of Forfeiture,[1] Jody Mark Hall was ordered to forfeit his interest in the following:

1. Components used to manufacture silencers;
2. Smokeless powder;
3. Black powder;
4. 19 blasting caps;
5. An artillery-round fuse;
6. 12 boosters;
7. Potassium chlorate; and
8. A detonating cord

(collectively the "forfeited property").

The United States asserts that it published notice of the forfeiture and its intent to dispose of the property under federal law on the forfeiture website "www.forfeiture.gov" for 30

---

[1] Doc. No. 32.

1

consecutive days concluding on October 17, 2013.[2] The United States also asserts that it notified all third parties of their right to petition the Court within 30 days for a hearing to determine their interest in the forfeited property.[3]

No one filed a claim to the forfeited property and the time for doing so has passed. Accordingly, the Motion (Doc. No. 33) is GRANTED. The United States now holds all right, title, and interest in the forfeited property and any claims in and against the forfeited property are extinguished and void. The forfeited property must be turned over to the United States Marshals Service to be disposed of according to law. The Court reserves jurisdiction to enforce this Order.

IT IS SO ORDERED this 27th day of November, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[2] *See* Doc. No. 33.

[3] *Id.*