**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                     4:12-CR-00297-BRW

JODY MARK HALL

## ORDER

Pending is the United States' unopposed Motion for Oder to Destroy Explosive Material Evidence (Doc. No. 35).

It appears that while investigating this case, law enforcement seized explosive materials that were sent to the United States Postal Service Forensic Laboratory to be analyzed. Rather than transport the explosives back to the Eastern District of Arkansas, the Postal Service wants to destroy the explosives where they are currently held.[1]

The Motion is GRANTED. The United States Postal Service may destroy any explosive materials seized in this case that it holds.

IT IS SO ORDERED this 11th day of December, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Where that is, I do not know.